UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HDI GLOBAL INS. CO.,

                          Plaintiff,

          -against-

YANG MING (SINGAPORE) PTE. LTD.,

                          Defendant.

Case No. 1:25-cv-02776 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      This matter is scheduled for a post-discovery conference on January 21, 2026, at 10:00 a.m.  The deadline has passed for the parties to indicate their intention to move for summary judgment.  *See* Dkt. 15 ¶ 14.  Therefore, at the conference, the parties shall be prepared to propose dates for trial.

Dated:  January 14, 2026
        New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge